IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITE | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 3-11-CV-1817-B |
| REGIONAL ADJUSTMENT BUREAU, INC. d/b/a RAB, INC. | § § § | |
| Defendant. | § § | |

## ORDER

Defendant has filed a motion to compel a second deposition of plaintiff in this case brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and Texas law. At issue is whether opposing counsel prevented defendant from developing testimony regarding plaintiff's mental anguish, pre-existing conditions, and diagnoses from doctors. After reviewing the motion, response, and the deposition transcript, the court finds that plaintiff fully answered the questions propounded at his deposition, with the possible exception of discussions with his rheumatologist. However, information regarding those discussions can be obtained from plaintiff's medical records, which can be subpoenaed by defendant. Accordingly, defendant's motion [Doc. #23] is denied.

SO ORDERED.

DATED: April 16, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE