IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY WHITE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:11-CV-1817-B |
| § | |
| REGIONAL ADJUSTMENT BUREAU, § | |
| INC., d/b/a RAB, INC., § | |
| § | |
| Defendant. § | |

## SETTLEMENT REPORT

This case was referred to United States Magistrate Judge Stickney for a settlement conference. The settlement conference was held on Monday, February 11, 2013 at 10:00 a.m. Plaintiff appeared in person and with counsel, Noah Radbill. Defendant appeared by its representative, Bob Wyatt, and with counsel, Robbie Malone. Richard Brown from Chubb Insurance also appeared on behalf of Defendant. The parties conducted settlement negotiations in good faith but were unable to reach a settlement at this time. Both parties anticipate continuing to work towards settlement, if possible.

SO ORDERED, February 12, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE