## VERDICT OF THE JURY

We, the jury, have answered the foregoing Questions in the manner indicated in this verdict form, and returned these answers into Court as our verdict.

DATE 02/28/2013

_____
FOREPERSON