UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-1817-B |
| | § | |
| REGIONAL ADJUSTMENT | § | |
| BUREAU, INC., d/b/a RAB, INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This case was tried before the Court and a jury on February 26, 27, and 28, 2013. On February 28, 2013, the jury returned its verdict pursuant to which this Judgment is entered.

IT IS **ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiff Timothy White take nothing by his suit against Defendant Regional Adjustment Bureau, Inc., doing business as RAB, Inc., and that this suit be, and it is hereby, **DISMISSED** on the merits at Plaintiff's cost.

SIGNED: March 12, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE