UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-1817-B |
| | § | |
| REGIONAL ADJUSTMENT | § | |
| BUREAU, INC., d/b/a RAB, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is a Motion for Sanctions under Rule 37 (doc. 119) and a Motion for Sanctions under 18 U.S.C. § 1927 (doc. 120), both filed by Defendant Regional Adjustment Bureau, Inc. on March 26, 2013. The Motions request sanctions against Plaintiff Timothy White's counsel, Noah Radbil, and his firm, Weisberg & Meyers LLC. The Motions have been fully briefed with attached appendices from both parties. The Court determines that a hearing is necessary to decide whether sanctions are warranted under either Motion and what amount of sanctions, if any, are owed. Accordingly, the parties are **ORDERED** to appear at a hearing scheduled for:

> FRIDAY, AUGUST 2, 2013, at 10:00 A.M.
> Before Judge Jane J. Boyle
> Courtroom 1306, Thirteenth Floor
> United States Courthouse
> 1100 Commerce Street
> Dallas, Texas 75242

Counsel should be prepared to address the legal and evidentiary bases for both Motions at the hearing.

- 1 -

SO ORDERED.

SIGNED: June 17, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE