UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITE, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: |
| | § | 3:11-CV-1817-B |
| REGIONAL ADJUSTMENT BUREAU, | § | |
| d/b/a RAB, Inc. | § | |

# NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
# FOR NOAH D. RADBIL

Please take notice that the following are appearing as additional, associated counsel for Respondent Noah D. Radbil:

> Thomas C. Wright
> State Bar No. 22059400
> Raffi Melkonian*
> State Bar No. 24090587
> WRIGHT & CLOSE, LLP
> One Riverway, Suite 2200
> Houston, Texas 77056
> 713-572-4321
> 713-572-4320 (fax)
> wright@wrightclose.com
> melkonian@wrightclose.com
> *motion for pro hac vice admission to be submitted

All court notices, orders, and filings should be copied on the above counsel.

> Respectfully submitted,
>
> /s/ Thomas C. Wright
> Thomas C. Wright
> State Bar No. 22059400
> WRIGHT & CLOSE, LLP
> One Riverway, Suite 2200

                        Houston, Texas 77056
                        713-572-4321
                        713-572-4320 (fax)
                        wright@wrightclose.com
                        COUNSEL FOR NOAH D. RADBIL

## CERTIFICATE OF SERVICE

      This is to certify that on July 2, 2015, a true and correct copy of the foregoing document was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                        */s/ Thomas C. Wright*
                        Thomas C. Wright