# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 02, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10655   Timothy White v. Regional Adjustment Bur, Inc.
                  USDC No. 3:11-CV-1817

Enclosed is an order entered in this case.

In light of the enclosed order, the appeal of Mr. Marshall Meyers has been severed along with disqualification as to the law firm Thompson, Coe, Cousins & Irons, L.L.P.

Attached is a revised caption for use on all future filings in the above case.

A separate letter is being issued for the appeal proceeding as to Mr. Marshall Meyers in case 15-10723. A briefing schedule is also included within that letter.

Mr. Radbil's appeal proceeds as expedited with oral argument remaining scheduled for October 7, 2015.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Mary Frances Yeager, Deputy Clerk
                                       504-310-7686

Ms. Cassie J. Dallas
Mr. Garrett Gibson
Ms. Robbie LuAnn Malone
Mr. Raffi Melkonian
Mr. Marshall Meyers
Ms. Karen S. Mitchell, Clerk
Mr. Shawn W. Phelan
Mr. Thomas Clark Wright
Mr. Michael Alan Yanof

Case No. 15-10655

TIMOTHY WHITE

                Plaintiff

v.

REGIONAL ADJUSTMENT BUREAU, INCORPORATED, doing business as RAB, Inc.

                Defendant - Appellee

v.

NOAH RADBIL

                Respondent - Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————

No. 15-10655

———————————

TIMOTHY WHITE

     Plaintiff

v.

REGIONAL ADJUSTMENT BUREAU, INCORPORATED, doing business as RAB, Inc.

     Defendant - Appellee

v.

NOAH RADBIL, MARSHALL MEYERS,

     Respondents - Appellants

———————————

Appeals from the United States District Court for the
Northern District of Texas, Dallas

———————————

O R D E R :

IT IS ORDERED that the opposed motion filed by Appellee Regional Adjustment Bureau, Incorporated to disqualify Thompson, Coe, Cousins & Irons, L.L.P. as Marshall Meyers' counsel is GRANTED.

IT IS FURTHER ORDERED that the motion filed by Mr. Noah D. Radbil, Esq. to sever Mr. Radbil's case from that of Mr. Meyers pursuant to 5th Cir. R. 15.3.6 and to preserve the expedited schedule granted to Mr. Radbil is GRANTED.

In order to permit Mr. Meyers time to obtain replacement counsel, IT IS FURTHER ORDERED that Mr. Meyers's appeal is CONTINUED for 60 days. Mr. Meyers's appeal shall be heard by the same panel as Mr. Radbil's appeal.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT